LNE 2.4.24
JIH: USAO 2023R00566

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 24cr45 |
| | * | |
| SEDRIC CATCHINGS, | * | (Possession of Ammunition by a |
| | * | Prohibited Person, 18 U.S.C. |
| Defendant. | * | § 922(g)(1); Forfeiture, 18 U.S.C. |
| | * | § 924(d), 21 U.S.C. § 853(p), 28 |
| | * | U.S.C. § 2461(c)) |
| | * | |

*******

### INDICTMENT

### COUNT ONE
(Possession of Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about July 26, 2023, in the District of Maryland, the Defendant,

**SEDRIC CATCHINGS**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, approximately 49 cartridges of 9mm ammunition, which were in and affecting commerce.

18 U.S.C. § 922(g)(1)


USDC- BALTIMORE
'24 FEB 13 PM3:05

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under the offense charged in Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One, the Defendant,

**SEDRIC CATCHINGS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

   (a) a black Polymer80 Inc. model PF940C 9mm privately made firearm, bearing no serial number;

   (b) a purple Polymer80 Inc. model PF940C 9mm privately made firearm, bearing no serial number; and

   (c) approximately 49 rounds of 9mm ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

SIGNATURE REDACTED
_____
Foreperson

2/13/24
_____
Date